No. 232. UNITED STATES *v.* O'BRIEN; and

No. 233. O'BRIEN *v.* UNITED STATES. C. A. 1st Cir. (Certiorari granted, *ante*, p. 814.) Motion to remove cases from summary calendar granted and a total of one and one-half hours allotted for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Marvin Karpatkin, Howard S. Whiteside* and *Melvin L. Wulf* on the motion for respondent in No. 232 and for petitioner in No. 233.

No. 363. UNITED STATES ET AL. *v.* SOUTHWESTERN CABLE CO. ET AL.; and

No. 428. MIDWEST TELEVISION, INC., ET AL. *v.* SOUTHWESTERN CABLE CO. ET AL. (Certiorari granted, *ante*, p. 911.) C. A. 9th Cir. Motion of All-Channel Television Society for leave to file a brief, as *amicus curiae*, granted. Motion of San Diego Telecasters, Inc., to substitute Western Telecasters, Inc., as a party petitioner in No. 428 granted. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. *Michael Finkelstein* on the motion for All-Channel Television Society. *Arthur Scheiner* for Southwestern Cable Co., and *Robert L. Heald* for Mission Cable TV, Inc., et al. in opposition. *Ernest W. Jennes, Charles A. Miller, Arthur H. Schroeder* and *John P. Bankson, Jr.,* on the motion for San Diego Telecasters, Inc.

No. 508. LEVY, ADMINISTRATRIX *v.* LOUISIANA THROUGH THE CHARITY HOSPITAL OF LOUISIANA AT NEW ORLEANS BOARD OF ADMINISTRATORS ET AL. Appeal from Sup. Ct. La. (Probable jurisdiction noted, *ante*, p. 925.) Motion of NAACP Legal Defense & Educational Fund, Inc., et al. for leave to file a brief, as *amici curiae*, granted. *Harry D. Krause, Jack Greenberg* and *Leroy D. Clark* on the motion.